
FILED
2011 MAY 20 PM 1:10
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 04-51575

LORENZO LOZANO  CHAPTER 7
VALIDE ELIZABETH LOZANO
        Debtor(s)  HON. MARILYN SHEA-STONUM
                 BANKRUPTCY JUDGE

### TRANSMITTAL OF UNCLAIMED FUNDS

    Marc P. Gertz, Trustee of this estate, reports the following:

    1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

        Claim #6    GE Capital Consumer Card Co.    $35.55
                       PO Box 52051
                       Phoenix, AZ  85072-2051

    2. Your trustee's check for $35.55 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

    3. Nothing further remains to be done in this case.

Date:  May 19, 2011

                                                    _____
                                                    Marc P. Gertz, #0003808
                                                    Chapter 7 Trustee
                                                    Goldman & Rosen, Ltd.
                                                    11 S. Forge St.
                                                    Akron, OH  44304
                                                    Phone: 330.376.8336
                                                    Fax: 330.376.2522
                                                    mpgertz@goldman-rosen.com

*[handwritten: ck # 2010]*
*[handwritten: receipt # 82363]*